**INTERBORO PACKAGING CORPORATION, Plaintiff–Appellant,**

v.

**FULTON COUNTY SCHOOLS, Defendant–Appellee.**

No. 06–15796

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 16, 2007.

Robert J. Kaufman, Jason S. Adler, Vito S.I. Loiacono, Kaufman, Chaiken, Miller & Klorfein, Atlanta, GA, for Plaintiff–Appellant.

Eric A. Brewton, John K. Wells, Esq., Brock, Clay & Calhoun, P.C., Marietta, GA, for Defendant–Appellee.

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Interboro Packaging Corporation appeals the district court's grant of summary judgment to Fulton County Schools in Interboro's action alleging breach of contract and fraud. After reviewing the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned order of September 27, 2006.

**AFFIRMED.**